**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

In re: EDWARD PORTNOY MD, INC.        §        Case No. 9:16-bk-11975-DS
                                      §
                                      §
                                      §
        Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Jeremy W. Faith, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $40.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $14,580.08 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $59,904.71 | | |

    3) Total gross receipts of $74,484.79 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $74,484.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $62,316.24 | $62,316.24 | $59,904.71 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $800.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $397,865.13 | $191,392.20 | $191,392.20 | $14,580.08 |
| **TOTAL DISBURSEMENTS** | $398,665.13 | $253,708.44 | $253,708.44 | $74,484.79 |

4) This case was originally filed under chapter 7 on 10/25/2016.  The case was pending for 41 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/31/2020          By: /s/ Jeremy W. Faith
                                 Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Avoidance Claim - Citibank, NA | 1241-000 | $18,000.00 |
| Avoidance Claims - Capital One, NA | 1241-000 | $17,484.79 |
| Avoidance Claim - JPMorgan Chase Bank NA | 1241-000 | $25,000.00 |
| Preferential Avoidance Claim - Edward Portnoy Individually | 1241-000 | $14,000.00 |
| TOTAL GROSS RECEIPTS | | $74,484.79 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Jeremy W. Faith | 2100-000 | NA | $6,974.24 | $6,974.24 | $4,562.71 |
| Trustee, Expenses - Jeremy W. Faith | 2200-000 | NA | $3.40 | $3.40 | $3.40 |
| Attorney for Trustee Fees - MARGULIES FAITH LLP | 3110-000 | NA | $32,766.00 | $32,766.00 | $32,766.00 |
| Attorney for Trustee, Expenses - MARGULIES FAITH LLP | 3120-000 | NA | $289.72 | $289.72 | $289.72 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $1,050.00 | $1,050.00 | $1,050.00 |
| Bond Payments - INTERNATIONAL SURETIES | 2300-000 | NA | $51.16 | $51.16 | $51.16 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $118.83 | $118.83 | $118.83 |
| Income Taxes - Internal Revenue Service (post-petition) - Internal Revenue Service | 2810-000 | NA | $2,411.53 | $2,411.53 | $2,411.53 |
| Other State or Local Taxes (post-petition) - Franchise Tax Board | 2820-000 | NA | $2,492.00 | $2,492.00 | $2,492.00 |
| Accountant for Trustee Fees (Other Firm) - Grobstein Teeple, LLP | 3410-000 | NA | $16,136.50 | $16,136.50 | $16,136.50 |
| Accountant for Trustee Expenses (Other Firm) - Grobstein Teeple, LLP | 3420-000 | NA | $22.86 | $22.86 | $22.86 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$62,316.24** | **$62,316.24** | **$59,904.71** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | California Franchise Tax Board Special Procedures/Bankruptcy | 5600-000 | $800.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$800.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | OnDeck Capital Inc., assignee of Bofl Federal Bank c/o Aubrey Law Firm PC | 7100-000 | $193,056.48 | $191,392.20 | $191,392.20 | $14,580.08 |
| N/F | Bioventus, LLC | 7100-000 | $5,600.00 | NA | NA | NA |
| N/F | Genzyme Corporation | 7100-000 | $30,800.00 | NA | NA | NA |
| N/F | Priority Healthcare Distributors dba CuraScript SD | 7100-000 | $168,408.65 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$397,865.13** | **$191,392.20** | **$191,392.20** | **$14,580.08** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 9:16-bk-11975-DS
**Case Name:** EDWARD PORTNOY MD, INC.
**For Period Ending:** 03/31/2020

**Trustee Name:** (001380) Jeremy W. Faith
**Date Filed (f) or Converted (c):** 10/25/2016 (f)
**§ 341(a) Meeting Date:** 12/19/2016
**Claims Bar Date:** 05/29/2018

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account Account at Union Bank, xxxxxx | 40.00 | 40.00 | | 0.00 | FA |
| 2 | Preferential Avoidance Claim - Edward Portnoy Individually (u) | 0.00 | 14,000.00 | | 14,000.00 | FA |
| 3 | Avoidance Claims - Capital One, NA (u)  Faith v. Capital One, NA - Adv. No. 9:18-ap-01031-DS | 0.00 | 23,313.05 | | 17,484.79 | FA |
| 4 | Avoidance Claim - JPMorgan Chase Bank NA (u)  Faith v. JPMorgan Chase Bank - Adv. No. 9:18-ap-01032-DS | 0.00 | 39,132.07 | | 25,000.00 | FA |
| 5 | Avoidance Claim - Citibank, NA (u)  Faith v. Citibank, NA - Adv. No. 9:18-ap-01033-DS | 0.00 | 18,186.77 | | 18,000.00 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$40.00** | **$94,671.89** | | **$74,484.79** | **$0.00** |

**Major Activities Affecting Case Closing:**

Period ending 3/31/20: ETFR date advanced from 9/30/19 to 3/31/20 waiting on tax clearance, then ready to close. 10/1/19 request for court costs, and 21 day notice filed. Court costs $1,050.  IRS $2400 penalty for late filed 2017 tax return, JWF to take the amount out of his handle so no creditors or admins have to take a lower distribution.
.
Period ending 3/31/19:  ETFR advanced from 2/22/19 to 6/30/19 while waiting for preparation of final estate tax returns.  Estimate for filing of final tax returns 5/31/19.  Case then ready for 21-day notice and TFR preparation.  ETFR advanced from 6/30/19 to 9/30/19 for tax clearance.

Period ending 3/31/18:  Trustee engaged an accountant Grobstein Teeple to review the books and records of the Debtor.  Thereafter, the Trustee hired Margulies Faith as counsel, which employment app was approved on 9/6/17. The Trustee is investigating potential avoidance and preference claims against insiders and third parties, and anticipates filing complaints in Q2 of 2018.  Settlement reached with principal of return of possible avoidance claim, which agreement should be finalized by May, 2018.  Estate tax returns will be required. ETFR: 2/22/2019.

**Initial Projected Date Of Final Report (TFR):** 02/22/2019        **Current Projected Date Of Final Report (TFR):** 10/31/2019 (Actual)

03/31/2020
Date

/s/Jeremy W. Faith
Jeremy W. Faith

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| **Case No.:** | 9:16-bk-11975-DS | **Trustee Name:** | Jeremy W. Faith (001380) |
|---|---|---|---|
| **Case Name:** | EDWARD PORTNOY MD, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6545 | **Account #:** | ******6000 Checking |
| **For Period Ending:** | 03/31/2020 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/16/18 | {2} | Edward B Portnoy MD | Settlement payment | 1241-000 | 14,000.00 | | 14,000.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 13,990.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 19.45 | 13,970.55 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.43 | 13,949.12 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.72 | 13,928.40 |
| 09/25/18 | {4} | JPMorgan Chase & Co | Settlement Payment - Chase | 1241-000 | 25,000.00 | | 38,928.40 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.05 | 38,916.35 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.18 | 38,881.17 |
| 11/05/18 | {5} | Citibank, NA | Settlement Payment from Citi | 1241-000 | 18,000.00 | | 56,881.17 |
| 11/13/18 | {3} | Capital One Services, LLC | Settlement Payment from Capital One on Preference | 1241-000 | 17,484.79 | | 74,365.96 |
| 01/31/19 | 101 | INTERNATIONAL SURETIES | Pro Rata Bond Payment for 1/4/2019 to 1/4/2020 | 2300-000 | | 51.16 | 74,314.80 |
| 06/05/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******9869 | Transition Debit to Metropolitan Commercial Bank acct 3910049869 | 9999-000 | | 74,314.80 | 0.00 |
| | | **COLUMN TOTALS** | | | 74,484.79 | 74,484.79 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 74,314.80 | |
| | | **Subtotal** | | | 74,484.79 | 169.99 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$74,484.79** | **$169.99** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 2

| Case No.: | 9:16-bk-11975-DS | Trustee Name: | Jeremy W. Faith (001380) |
|---|---|---|---|
| Case Name: | EDWARD PORTNOY MD, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6545 | Account #: | ******9869 Checking Account |
| For Period Ending: | 03/31/2020 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/05/19 |  | Transfer Credit from Rabobank, N.A. acct ******6000 | Transition Credit from Rabobank, N.A. acct 5022276000 | 9999-000 | 74,314.80 |  | 74,314.80 |
| 08/15/19 | 1000 | Franchise Tax Board | 2017 3586 Payment | 2820-000 |  | 1,090.00 | 73,224.80 |
| 08/15/19 | 1001 | Franchise Tax Board | 2018 3586 Payment | 2820-000 |  | 902.00 | 72,322.80 |
| 01/27/20 | 1002 | MARGULIES FAITH LLP | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $32,766.00 = $32,766.00; Claim #ADMIN-01 | 3110-000 |  | 32,766.00 | 39,556.80 |
| 01/27/20 | 1003 | MARGULIES FAITH LLP | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $289.72 = $289.72; Claim #ADMIN-02 | 3120-000 |  | 289.72 | 39,267.08 |
| 01/27/20 | 1004 | United States Bankruptcy Court | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $1,050.00 = $1,050.00; Claim #ADMIN-03 | 2700-000 |  | 1,050.00 | 38,217.08 |
| 01/27/20 | 1005 | Grobstein Teeple, LLP | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $16,136.50 = $16,136.50; Claim #ADMIN-04 | 3410-000 |  | 16,136.50 | 22,080.58 |
| 01/27/20 | 1006 | Grobstein Teeple, LLP | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $22.86 = $22.86; Claim #ADMIN-05 | 3420-000 |  | 22.86 | 22,057.72 |
| 01/27/20 | 1007 | Jeremy W. Faith | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 65.42% of $6,974.24 = $4,562.71; Claim #FEE | 2100-000 |  | 4,562.71 | 17,495.01 |
| 01/27/20 | 1008 | Internal Revenue Service | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $2,411.53 = $2,411.53; Claim #IRS - Admin | 2810-000 |  | 2,411.53 | 15,083.48 |
| 01/27/20 | 1009 | Jeremy W. Faith | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 100.00% of $3.40 = $3.40; Claim #TE | 2200-000 |  | 3.40 | 15,080.08 |
| 01/27/20 | 1010 | Franchise Tax Board | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 20.06% of $2,492.00 = $500.00; Claim #1 | 2820-000 |  | 500.00 | 14,580.08 |
| 01/27/20 | 1011 | OnDeck Capital Inc., assignee of Bofl Federal Bank c/o Aubrey Law Firm PC | 9:16-11975 Paid by order entered 01/24/2020. Dividend paid at 7.62% of $191,392.20 = $14,580.08; Claim #2 | 7100-000 |  | 14,580.08 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 74,314.80 | 74,314.80 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 74,314.80 | 0.00 |  |
|  |  | **Subtotal** |  |  | 0.00 | 74,314.80 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$0.00** | **$74,314.80** |  |

*{ } Asset Reference(s)*    **UST Form 101-7-TDR ( 10 /1/2010)**    *! - transaction has not been cleared*

**Form 2**

Exhibit 9

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** 9:16-bk-11975-DS | **Trustee Name:** Jeremy W. Faith (001380) |
| **Case Name:** EDWARD PORTNOY MD, INC. | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6545 | **Account #:** ******9869 Checking Account |
| **For Period Ending:** 03/31/2020 | **Blanket Bond (per case limit):** $5,000,000.00 |
| | **Separate Bond (if applicable):** N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6000 Checking | $74,484.79 | $169.99 | $0.00 |
| ******9869 Checking Account | $0.00 | $74,314.80 | $0.00 |
| | **$74,484.79** | **$74,484.79** | **$0.00** |

03/31/2020                                    /s/Jeremy W. Faith
Date                                          Jeremy W. Faith

UST Form 101-7-TDR (10 /1/2010)